IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TAMMY GILLESPIE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　Defendant. | CV 24-95-M-KLD<br><br><br>ORDER |

Plaintiff Tammy Gillespie, by and through her attorney, Eric Rasmusson, moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees in the amount of $6,500.00. (Doc. 15) Defendant Commissioner of Social Security does not oppose Plaintiff's application for fees.

Upon Plaintiff's Motion for Fees under the Equal Access to Justice Act, and for good cause showing:

IT IS HEREBY ORDERED that attorney fees in the amount of $6,500.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. If the United States Department of Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Treasury Offset Program, payment shall be delivered either electronically or by mail to Rasmusson Law

Office, PLLC.  *Astrue v. Ratliff*, 560 U.S. 586 (2010).

DATED this 2nd day of December, 2025

_____
Kathleen L. DeSoto
United States Magistrate Judge